## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**RASHIDE ALPHONSE**                                          **CIVIL ACTION**

**VERSUS**                                                          **NO. 18-6133**

**LOUISIANA DEPARTMENT OF PUBLIC**                    **SECTION: "I"(3)**
**SAFETY AND CORRECTIONS, ET AL.**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Rashide Alphonse, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is dismissed as frivolous, for failing to state a claim upon which relief may be granted, and/or for seeking monetary relief from a defendant who is immune from such relief.

New Orleans, Louisiana, this 20th day of August, 2018.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**